**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JULIAN DANIEL MEZA,

Plaintiff

v.

UNITED STATES OF AMERICA,

Defendant

Case No.: 3:25-cv-00199-ART-CSD

**Order**

Pursuant to the scheduling order, dispositive motions were due by May 14, 2026, and the joint pretrial order was to be filed by June 14, 2026. (ECF No. 27.) No dispositive motion has been filed, and the joint pretrial order was not timely filed. The parties have until **August 24, 2026,** to file the joint pretrial order. A failure to comply with this Order may result in dismissal of this action.

**IT IS SO ORDERED**.

Dated: August 10, 2026

Craig S. Denney
United States Magistrate Judge