UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JULIAN DANIEL MEZA,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 3:25-cv-00199-ART-CSD

ORDER TO SHOW CAUSE

This action for negligence was originally filed on April 9, 2025. (ECF No. 1). On August 21, 2025, parties were instructed to file dispositive motions by May 14, 2026, and a joint pretrial order by June 14, 2026. (ECF No. 27). Nothing was filed by the set deadlines. On August 10, 2026, the Court notified parties that if they did not file a joint pretrial order by August 24, 2026, this action may be subject to dismissal. (ECF No. 29). Parties again failed to submit a status report by the Court's deadline and Plaintiff has not filed anything in this case for over a year.

Under LR 41-1, all civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte.

Therefore, the Court orders that Plaintiff must, by September 28, 2026, show cause as to why the case should not be dismissed for want of prosecution. Failure to comply with this order will result in dismissal.

//

//

//

//

//

DATED: August 28, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE