**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIAN MEZA, individually,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA, et al,<br>Defendants. | Case No.: 3:25-CV-00199-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff JULIAN MEZA and his counsel of record, JOSHUA DAHAN, ESQ. of the RICHARD HARRIS LAW FIRM, Defendant UNITED STATES OF AMERICA and its counsel of record, TAMER BOTROS, ASSISTANT UNITED STATES ATTORNEY, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, all claims and causes of action in the above-entitled action are hereby dismissed with prejudice as to all parties.

**AFFIRMATION**

(Pursuant to NRS 239B.030 and 603A.040)

The undersigned does hereby affirm that the preceding document DOES NOT contain the

//

//

social security number of any person.

IT IS SO STIPULATED.

Respectfully submitted this 1st day of September, 2026.

**RICHARD HARRIS LAW FIRM**

/s/Joshua R. Dahan
JOSHUA R. DAHAN, ESQ.
Nevada Bar No. 16516
6900 South McCarran Boulevard, #1010
Reno, Nevada 89509
*Attorney for Plaintiff*

Respectfully submitted this 1st day of September, 2026.

**TODD BLANCHE**
**Attorney General of the United States**
**SIGAL CHATTAH**
**First Assistant United States Attorney**

/s/Tamer Botros
Tamer Botros
Nevada Bar No. 12183
Assistant United States Attorney

IT IS SO ORDERED.

Dated this 2nd day of September, 2026.

Anne R. Traum
United States District Judge